IN THE UNITED STATES
DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No:   4:24-CR-00002-CDL-MSH |
| | : | |
| JOSEPH TAYLOR, | : | |
| | : | |
| Defendant | : | |

## ORDER

Defendant was indicted on January 9, 2024, ECF No. 1, and arraigned on January 17, 2024, ECF No. 7.   A pretrial conference is currently scheduled for February 20, 2024.   Defendant asks to continue the case until the **September 2024** Term of Court.   Specifically, Defendant needs additional time to review discovery, to discuss discovery and possible defenses with counsel, and to discuss a possible resolution with the Government.   AUSA Crawford Seals was consulted on this Motion for Continuance and stated he does not oppose.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the **September 2024** Term of Court and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.   The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.   18 U.S.C. §§ 3161(h)(7)(A)-(B).   The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 12th day of February, 2024.

                                              S/Clay D. Land
                                              CLAY D. LAND
                                              U.S. DISTRICT COURT JUDGE
                                              MIDDLE DISTRICT OF GEORGIA